IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| Zany Toys, LLC, ) | |
| Plaintiff, ) | Civil Action No. |
| v. ) | |
| Office Playground, Inc., ) CleggPromo, Inc., ) | December 21, 2012 |
| Defendants. ) | |

**COMPLAINT**

Plaintiff, Zany Toys, LLC ("Zany Toys"), by its attorneys, for its Complaint against Defendants, Office Playground, Inc. ("Office Playground") and CleggPromo, Inc. ("CleggPromo") (collectively hereinafter "Defendants"), alleges as follows:

THE PARTIES

1. Plaintiff, Zany Toys, is a Connecticut limited liability company having a place of business at 609 Matson Hill Road, South Glastonbury, CT 06073.

2. On information and belief, Defendant Office Playground is a California corporation being organized and existing under the laws of the State of California and having a place of business at 715 Southpoint Boulevard, Suite M, Petaluma, CA 94954.

3. On information and belief, Defendant CleggPromo is professed to be a California corporation being organized and existing under the laws of the State of California and having a place of business at 19032 S Vermont Avenue, Gardena, CA 90248.

## JURISDICTION AND VENUE

4. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. §1338(a).

5. Venue is proper in this judicial district pursuant to 28 U.S.C. §1400(a) and §1391(b).

## ZANY TOYS' COPYRIGHT

6. Plaintiff Zany Toys is a Connecticut company that specializes in the marketing and sale of novelty toys.

7. Plaintiff, as part of its novelty toy business, has created the highly acclaimed and widely recognized product known as The No Button as identified in attached Exhibit A.

8. Plaintiff has complied in all respects with the requirements of the Copyright Act, and applied for and received from the United States Copyright Office Copyright Registration No. SR 709-091 for the sound recordings generated by The No Button product of Exhibit A. A copy of the Certificate of Registration is attached as Exhibit B.

9. From the times of creation until the present, Plaintiff Zany Toys has been the owner of the copyright and registration of Exhibit B for the sound recordings generated by The No Button product as represented in Exhibit A.

## DEFENDANTS' INFRINGING ACTIVITIES

10. Defendants market and sell novelty toys, including, within the District, a product named the "NO! Sound Button" as represented by the attached printout from Defendants' online catalogue, attached as Exhibit C, and the printout from Amazon.com,

attached as Exhibit D.

11. At least as of November 7, 2012 Defendants have copied, reproduced and distributed, without authorization from Plaintiff, sound recordings that are the same as, or substantially similar to, the copyrighted sound recordings of Plaintiff's The No Button product of Exhibit A, without Plaintiff's authorization and without providing Plaintiff's copyright notice, as part of Defendants' product known as the NO! Sound Button. Defendants' NO! Sound Button product including the unauthorized reproduction of Plaintiff's The No Button sound recordings is identified in the attached printout from Defendants' online catalogue, attached as Exhibit C, and the printout from Amazon.com, attached as Exhibit D.

## COUNT I - COPYRIGHT INFRINGEMENT

12. Plaintiff Zany Toys repeats and re-alleges each of the allegations contained in paragraphs 1 through 11 above.

13. The No Button comprises, in whole or in part, an original work of authorship that constitutes copyrightable subject matter under the copyright laws of the United States. 17 U.S.C. §§ 101 et seq.

14. Zany Toys has complied in all respects with the laws governing copyright and has secured the rights and privileges in, to, and under the copyrighted sound recordings generated by The No Button product.

15. Zany Toys has not conveyed any copyright interest in the copyrighted sound recordings generated by The No Button product to Defendants.

16. In violation of Zany Toys' exclusive rights in the copyrighted sound recordings generated by The No Button product, Defendants have intentionally and willfully copied

the copyrighted sound recordings, and reproduced and distributed an infringing product that is substantially similar to the copyrighted sound recordings generated by The No Button product.

17.  By virtue of the unauthorized copying, reproduction and distribution of Plaintiff's copyrighted The No Button product sound recordings in the NO! Sound Button, Defendants have infringed Plaintiff's copyright, identified by Copyright Registration No. SR 709-091 of Exhibit B, all in violation of Title 17 of the United States Code.

18.  The specific acts of copyright infringement set out above have caused and are causing great and incalculable damage to Plaintiff Zany Toys.

19. Unless this Court restrains the Defendants from committing further acts of infringement, Plaintiff will suffer irreparable injury and harm for which it has no adequate remedy at law.

20.  All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts and parties.  Joinder of the claims will promote the convenient administration of justice and will avoid a multiplicity of similar actions against each Defendant.

## COUNT II- UNFAIR TRADE PRACTICES

21.  Plaintiff Zany Toys repeats and re-alleges each of the allegations contained in paragraphs 1 through 20 above.

22. Defendants' actions discussed herein constitute unfair competition within the meaning of the Connecticut Unfair Trade Practices Act §§ 42-110a et seq. of the Connecticut General Statutes.

23. Plaintiff Zany Toys has been damaged by Defendants' aforementioned acts.

## RELIEF REQUESTED

WHEREFORE, Plaintiff prays that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, Plaintiff Zany Toys' copyrighted No Button Novelty Toy Sound Recordings pursuant to 17 U.S.C. §502;

(II) Defendants be ordered to pay damages pursuant to 17 U.S.C. § 504;

(III) Defendants be ordered to pay Plaintiff's costs, including a reasonable attorney's fees pursuant to 17 U.S.C. § 505;

(IV) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from engaging in further unfair trade practices in violation of Connecticut General Statute §42-110b pursuant to Connecticut General Statute §42-110m(a);

(V) Defendants be ordered to pay Plaintiff's costs, including a reasonable attorney's fees pursuant to Connecticut General Statute §42-110m(a); and

(VI) Plaintiff have such other and further relief as is just and equitable.

PLAINTIFF ZANY TOYS

By: /s/Wm. Tucker Griffith
Marina F. Cunningham (ct 19475)
cunningham@ip-lawyers.com

Wm. Tucker Griffith (ct 19984)
tucker@ip-lawyers.com
McCORMICK, PAULDING & HUBER LLP
CityPlace II, 185 Asylum Street
Hartford, CT 06103-4102
Tel. (860) 549-5290
Fax (860) 527-0464
Attorneys for Plaintiff